UNITED STATES DISTRICT COURT  
CENTRAL DISTRICT OF CALIFORNIA

JS-6

CIVIL MINUTES -- GENERAL

Case No.   **CV 25-8105-JFW(PDx)**                                      Date:  December 22, 2025

Title:   Letricia Lavern Brown -v- Dignity Health Community Care, et al.

**PRESENT:**

**HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE**

| Shannon Reilly | None Present |
|---|---|
| Courtroom Deputy | Court Reporter |

**ATTORNEYS PRESENT FOR PLAINTIFFS:**         **ATTORNEYS PRESENT FOR DEFENDANTS:**
                     None                                                                                      None

**PROCEEDINGS (IN CHAMBERS):**        **ORDER DISMISSING ACTION**

On December 8, 2025, the Court granted Defendants' Motion to Dismiss and/or Strike Pro Se Plaintiff's Complaint Pursuant to Fed. R. Civ. P. 12(b)(6) and/or 12(f), and gave Plaintiff leave to amend. The Court ordered Plaintiff to file her amended complaint on or before December 19, 2025. As of December 22, 2025, Plaintiff has failed to file an amended complaint.  Accordingly, in light of Plaintiff's failure to file an amended complaint, this action is **DISMISSED without prejudice.**

IT IS SO ORDERED.